1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHNNY CLIFFORD JACKSON,                    No.  2:10-cv-494-GEB-EFB P

12                  Petitioner,

13         v.                                     ORDER

14    GARY SWARTHOUT,

15                  Respondent.

16

17         Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ

18    of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On January 13, 2015, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24         The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27              1. The findings and recommendations filed January 13, 2015, are adopted in full;

28    and

1

1    2.  Petitioner's motion to amend (ECF No. 40) is denied.

2 Dated:  March 4, 2015

3

4

5             GARLAND E.  BURRELL,  JR.
              Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28